# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALLEN JAMEL ROBINSON** | **CIVIL ACTION NO. 18-1512** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DARRYL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 4th day of January, 2019.

_____
Terry A. Doughty
United States District Judge